**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BYRON LEVINGSTON,

Plaintiff,

v.

CHRSTIAN PFEIFFER, et al.,

Defendants.

Case No. 1:24-cv-00218 JLT EGC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

(Docs. 51, 52)

Byron Levingston seeks to hold the defendants liable for violations of his Eighth Amendment rights. (Docs. 9, 13.) He now seeks injunctive relief in the form of an order directing the California Department of Correction and Rehabilitation from reading and opening his incoming mail outside of his presence. (Doc. 51.) The magistrate judge noted the CDCR is not a party to this action, and there was not a nexus between the claims raised and the injunctive relief requested. (Doc. 52 at 3-4.) The magistrate judge also determined, "Plaintiff makes no showing whatsoever that he is likely to succeed on the merits, to suffer irreparable harm in the absence of the requested relief, that the balance of equities tips in his favor or that the injunction is in the public interest." (*Id.* at 4.) Therefore, the magistrate judge found Plaintiff was not entitled to injunctive relief and recommended the Court deny the motion. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 52 at 4.) The Court also warned Plaintiff that

failure to file objections may result in the waiver of certain rights on appeal. (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 19, 2026 (Doc. 52) are **ADOPTED** in full.
2. Plaintiff's motion for injunctive relief (Doc. 51) is **DENIED**.

IT IS SO ORDERED.

Dated: November 9, 2026

UNITED STATES DISTRICT JUDGE